# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| SALVADOR MURATALLA GONZALEZ, § § § | |
| *Petitioner*, § | |
| v. § § | |
| MARY DE ANDA YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, U.S. ATTORNEY GENERAL, § § § § § § § § § § § § § | No. 3:25-CV-00644-LS |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Petitioner has filed a motion to withdraw his petition for a writ of habeas corpus.[1] The Court grants the motion [ECF No. 5] and dismisses this case without prejudice under Fed. R. Civ. P. 41(a).

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 13, 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 5.